El Pueblo, Demandante y Apelado, *v.* Borque, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por delito de infracción de la Ley de Automóviles.

No. 1186.—Resuelto en julio 17, 1917.

Infracciones Ley de Automóviles—Automóviles—Requisitos de la Denuncia.—En una denuncia formulada de acuerdo con la sección 12 de la ley No. 75, sobre automóviles, no basta que se exprese en general que el *chauffeur*

no tomó las debidas precauciones en el manejo del auto para garantizar vidas y propiedades, sino que es necesario especificar además que realizó algún hecho en violación de alguna o algunas de las varias disposiciones concretas contenidas en dicha sección.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Enrique Campillo.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La demanda en este caso dice así:

"Yo, Pablo Cancel, P. I., * * * formulo denuncia contra Clemente Borque—*chauffeur*—LICENCIA ESPECIAL—por delito infracción al artículo 12 (*a*) de la Ley de Autos de abril 13, 1916, cometido de la manera siguiente: Que en septiembre 5, 1916, y hora 12 a. m., y en la parada 16½, carretera de Santurce, del Distrito Judicial Municipal de San Juan, P. R., el referido acusado que guiaba como conductor el auto No. 519 de su propiedad, maliciosa y voluntariamente no tomó las debidas precauciones en el manejo de dicho auto para garantizar vidas y propiedades, dando lugar a que el referido auto chocase con el niño Joaquín Solá, el cual recibió contusiones de las que fué asistido en la Sala de Socorro de Santurce. Hecho contrario a la ley para tal caso prevista."

Bajo tal denuncia Borque fué juzgado y condenado por la Corte de Distrito de San Juan, Sección Segunda, como autor de una "infracción a la Ley de Automóviles," a sufrir un mes de cárcel, y no conforme con la sentencia interpuso el presente recurso de apelación, señalando como error que la denuncia no le imputó delito alguno y por tanto que no pudo ser válidamente condenado.

El Fiscal sostiene que la denuncia es suficiente porque sigue las palabras del estatuto.

Hemos estudiado el caso y a nuestro juicio tiene razón el apelante. La denuncia no imputó al acusado infracción concreta alguna. Tampoco siguió las palabras del estatuto. La sección 12 de la ley No. 75 de 1916 que se alega como infringida, contiene ocho apartados. El primero es general, los otros se refieren a casos específicos. En una denuncia hecha

de acuerdo con esa sección, para concluir que se han seguido los palabras del estatuto no basta que se exprese en general que el *chauffeur* ''no tomó las debidas precauciones en el manejo de dicho auto para garantizar vidas y propiedades,'' sino que es necesario especificar además que realizó algún hecho en violación de alguna o algunas de las varias disposiciones concretas contenidas en dicha sección.

Debe declararse con lugar el recurso y absolverse al acusado.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.